ON MOTION FOR REHEARING
MACKEY K. HANCOCK, Justice.
Appellant, by her motion for rehearing alleges that she did in fact file a Statement of Points of Error to Be Relied On, although it was admittedly filed premature. The record reveals that appellant filed the Statement after the associate judge’s order of termination. Subsequently, appellant sought and was granted a trial de novo. Accordingly, the associate judge’s ruling was not a final ruling. The statute provides that the required Statement of Points to Be Relied on By Appellant on Appeal must be filed after “a final order rendered under this subchapter.” Tex. Fam.Code Ann. § 263.405(a) (Vernon Supp. 2006).
Accordingly, appellant’s contention is without merit and the motion for rehearing is denied.